United States District Court

Eastern District of California

Christopher Wachniuk,

    Petitioner,                    No. Civ. S 04-1623 MCE PAN P

  vs.                                Order

Gail Lewis,

    Respondent.

-oOo-

April 26, 2005, respondent requested an extension of time to reply to petitioner's opposition to dismissal.  Good cause appearing, respondent's request is granted and time is extended until 20 days from the date this order is signed.  No further extensions will be granted absent a showing of manifest injustice.

So ordered.

Dated:  May 10, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge