IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER WACHNIUK,  No. CIV-S-04-1623 MCE/PAN P

      Petitioner,

  v.  <u>ORDER</u>

GAIL LEWIS,

      Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 18, 2005, dismissal of his application for a writ of habeas corpus for failure to exhaust state remedies.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

///

1

1 The court must either issue a certificate of appealability
2 indicating which issues satisfy the required showing or must
3 state the reasons why such a certificate should not issue.  Fed.
4 R. App. P. 22(b).
5      Where, as here, the petition was dismissed on procedural
6 grounds, a certificate of appealability "should issue if the
7 prisoner can show:  (1) 'that jurists of reason would find it
8 debatable whether the district court was correct in its
9 procedural ruling'; and (2) 'that jurists of reason would find it
10 debatable whether the petition states a valid claim of the denial
11 of a constitutional right.'"  Morris v. Woodford, 229 F.3d 775,
12 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 120
13 S.Ct. 1595, 1604 (2000)).
14      After careful review of the entire record herein, this court
15 finds that petitioner has not satisfied the first requirement for
16 issuance of a certificate of appealability in this case.
17 Specifically, there is no showing that jurists of reason would
18 find it debatable whether the petition is untimely.  Accordingly,
19 a certificate of appealability should not issue in this action.
20      IT IS SO ORDERED.
21 DATE: September 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2